```
Court Name: US District Court - TNW
Division: 2
Receipt Number: N46/6048544
Cashier ID: aj
Transaction Date: 03/29/2021
Payer Name: James Taggart
------------------------------------
CIVIL FILING FEE- NON-PRISONER
For: James Taggart
Case/Party: D-TNW-2-21-CV-002180-001
Amount:         $402.00
------------------------------------
Paper Check Conversion
Check/Money Order Num: 77/87694864
Amt Tendered:   $402.00
------------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00
```