UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JAMES E. TAGGART**                                                                                      **PLAINTIFF**

v.                                                        CIVIL ACTION NO.: 2:21-CV-02180-SHL-cgc

**KROGER LIMITED PARTNERSHIP I**                                       **DEFENDANT**

**JURY TRIAL DEMAND**

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13, the parties to this civil action hereby notify the Court that all of the claims of the Complaint have been resolved. As such, the Parties are in the process of finalizing settlement of this matter and will submit an Agreed Order of Dismissal with Prejudice for the Court's consideration upon their finalization of the necessary documents.

THIS the 8th day of July, 2021.

                                                                                                                                                                           Respectfully submitted,
                                                                                                                                                                           James E. Taggart, Plaintiff

BY: */s/ Kristy L. Bennett*
Tressa V. Johnson BPR #26401
Kristy L. Bennett BPR #30016
JOHNSON AND BENNETT, PLLC
1331 Union Avenue, Suite 1226
Memphis, TN 38104
(901) 402-6515 (direct)
(901) 462-8629 (fax)
tressa@myjbfirm.com
kristy@myjbfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system.

John R. Tarpley, (9661)
Lewis Thomason, P.C.
424 Church St., Suite 2500
Nashville, TN 37219
P: (615) 259-1395
F: (615) 259-1389
jtarpley@lewisthomason.com

Jonathan M. Kelly
Faith C. Whittaker
Dinsmore & Shohl LLP
255 East Fifth Street, Ste. 1900
Cincinnati, OH 45202
(513) 977-8594
Jon.kelly@dinsmore.com
Faith.whittaker@dinsmore.com

This the 8th day of July, 2021.

/s/ Kristy L. Bennett
Kristy L. Bennett